In the Matter of MARIANNE L. FISCHER, Appellant, Respondent, for an Order Awarding to Her the Custody of Her Infant Child PATRICIA ANN KRAUS. JACK

LEWIS KRAUS, II, Respondent, Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.